1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   GREGORY A. AUSTIN,                          Case No.  15-cv-00507-KAW
              Plaintiff,
8                                               **REFERRAL FOR PURPOSE OF
         v.                                     DETERMINING RELATIONSHIP**
9
10  STATE OF CALIFORNIA,
              Defendant.
11

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14  Honorable Elizabeth D. Laporte for consideration of whether the case is related to *Austin v. State of*

15  *California*, 15-cv-00504-EDL.

16        IT IS SO ORDERED.

17  Dated: February 6, 2015

18                                              _____
                                                KANDIS A. WESTMORE
19                                              United States Magistrate Judge

20

21

22

23

24

25

26

27

28