**United States District Court**
For the Northern District of California

1

2

3

4

5               UNITED STATES DISTRICT COURT

6               NORTHERN DISTRICT OF CALIFORNIA

7

8    GREGORY A. AUSTIN,                          No. C-15-0507 EMC

9            Plaintiff,

10       v.                                       **ORDER RE REFERRAL NOTICE OF
                                                  PLAINTIFF'S** *IN FORMA PAUPERIS*
11   STATE OF CALIFORNIA,                         **STATUS**

12           Defendant.
     _____/
13

14

15          The Ninth Circuit has made a referral to this Court, asking it to determine whether in forma

16   pauperis status should continue on the appeal taken by Plaintiff-Appellant Gregory A. Austin or

17   whether the appeal is frivolous or taken in bad faith.  "For purposes of [28 U.S.C. §] 1915, an appeal

18   is frivolous if it lacks any arguable basis in law or fact."  *Ortega v. Barbasa*, No. C 11-1003 SBA

19   (PR), 2014 U.S. Dist. LEXIS 13254, at *8 (N.D. Cal. Feb. 3, 2014).

20          For the reasons stated in its order dismissing the complaint with prejudice, *see* Docket No. 9

21   (order), the Court finds the appeal frivolous and makes certification of such to the Ninth Circuit.

22          The Clerk of the Court shall forthwith notify Mr. Austin and the Ninth Circuit of this order.

23   *See* Fed. R. App. P. 24(a)(4).

24          IT IS SO ORDERED.

25

26   Dated:  March 24, 2015

27                                               _____
                                                 EDWARD M. CHEN
28                                               United States District Judge